Reba N. Corray, Plaintiff-Appellee, v. Frank M. Corray, Defendant-Appellant.

Gen. No. 10,667. 

Fourth District.

January 18, 1966.

Reno, O'Byrne & Kepley, of Champaign (Donald M. Reno, of counsel), for appellant; Burt Greaves, of Champaign, for appellee. Opinion by PRESIDING JUSTICE TRAPP. **Not to be published in full.**